**Entered on Docket**
**August 06, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
ACE VAN PATTEN (NV Bar #11731)
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., ALSO KNOWN AS
                WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.,
                AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB,
                FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. 10-19193-lbr |
| | Chapter 7 |
| BILLIE L HILL, | |
| | WELLS FARGO BANK, N.A., ALSO |
| Debtor(s). | KNOWN AS WACHOVIA MORTGAGE, |
| | A DIVISION OF WELLS FARGO BANK, |
| | N.A., AND FORMERLY KNOWN AS |
| | WACHOVIA MORTGAGE, FSB, |
| | FORMERLY KNOWN AS WORLD |
| | SAVINGS BANK, FSB'S ORDER |
| | TERMINATING AUTOMATIC STAY |
| | Date:   July 21, 2010 |
| | Time:   10:30 a.m. |

/././

A hearing on Secured Creditor Wells Fargo Bank, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Linda B. Riegle, Ace Van Patten appearing on behalf of Secured Creditor.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 1886 Ludington Ave, Las Vegas, Nevada 89156-6904 ("Real Property"), which is legally described as:

> LOT TEN (10) IN BLOCK FOUR (4) OF LAKE MEAD GARDENS UNIT NO.2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 23 OF PLATS, PAGE 10 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to provide 7 days' notice to the Debtor(s).

/././

/././

/././

/././

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

2 offer and provide Debtor with information re: a potential Forbearance Agreement, Loan

3 Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

4 may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to

5 enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this

6 bankruptcy case.

7

8    APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

9

10   _____      _____
     COREY B. BECK                 DAVID A. ROSENBERG
     DEBTOR(S) ATTORNEY            TRUSTEE
11

12 /././

13 /././

14 /././

15 /././

16 /././

17 /././

18 /././

19 /././

20 /././

21 /././

22 /././

23 /././

24 /././

25 /././

26 /././

27 /././

28 /././

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐    The court has waived the requirement of approval under LR 9021.

4  ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5  or filed written objections.

6  ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7  delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8  unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9  order, or failed to respond, as indicated below [list each party and whether the party has

10  approved, disapproved, or failed to respond to the document]:

11  ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

12  all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

13  and each has approved or disapproved the order, or failed to respond, as indicated below [list

14  each party and whether the party has approved, disapproved, or failed to respond to the

15  document]:

16  ☐    Approved.

17  ☐    Disapproved.

18  ☒    Failed to respond. - Debtor's Attorney/Trustee

19                                                              ###

20  Submitted by:

21  /s/ ACE VAN PATTEN
   4375 Jutland Drive, Suite 200
22  P.O. Box 17933
   San Diego, CA 92177-0933
23  (858) 750-7600
   NV Bar #11731
24  Attorney for WELLS FARGO
   BANK, N.A., ALSO KNOWN
25  AS WACHOVIA MORTGAGE,
   A DIVISION OF WELLS
26  FARGO BANK, N.A., AND
   FORMERLY KNOWN AS
27  WACHOVIA MORTGAGE,
   FSB, FORMERLY KNOWN AS
28  WORLD SAVINGS BANK, FSB